# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC78 | F5377430 | Cassandra Buckley | 61065 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/21/2023 1555
Offense Charged: 36 CFR 261.12 (D) ✓ CFR
Place of Offense: Sage Hill gate area N34°32'43 W 119°47'33

Offense Description: Factual Basis for Charge — Vehicle restricting Roadway

### DEFENDANT INFORMATION

Last Name: ZARAGOZA
First Name: Juan

Tag No: P484AO  State: CA  Year: 17  Make/Model: Chevy PU  Color: BLK

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 150 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT → $ 180 Total Collateral Due

### YOUR COURT DATE

Court Address: Will be notified
Date: 
Time:

X Defendant Signature: Not Avalible

Original - CVB Copy

*F5377430*  FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE

I state that on **May 21st, 2023** while exercising my duties as a law enforcement officer in the **Central** District of **California**.

See Attached

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/21/2023  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident