# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s): CC78, F5377430     CourtSmart: 08/10/2023     Date: August 10, 2023

Present: The Honorable: **Louise A. LaMothe**, United States Magistrate Judge

| Terry Baker | Gregory A. Lesser | | |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

United States of America v. Juan Zaragoza (Not Present)
- [ ] Present  [ ] Custody  [ ] Bond  [ ] Summons

Attorney Present for Defendant: Christine Yonan
- [✓] Present  [ ] CJA  [ ] Ret'd  [✓] DFPD  [ ] Not Present

## PROCEEDINGS HAD ON VIOLATION NOTICE

- [ ] Defendant arraigned. Informed of charges and rights.
- [ ] Defendant filed financial affidavit and is informed of consequences if any false information is given.
- [ ] Attorney appointed _____  [ ] DFPD / [ ] PANEL
- [ ] Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
- [ ] Defendant enters plea of: [ ] Guilty  [ ] Not Guilty  [ ] Nolo Contendere
- [ ] Court accepts plea.
- [ ] Court orders case continued to: _____ at _____ in Courtroom _____ for _____
- [ ] Bail is set at $ _____ P/R. [ ] Defendant released.
- [ ] Fine imposed. See separate order re: fine.
- [ ] On motion of the government, Court orders case dismissed as to citation (s): _____
- [ ] Court orders case dismissed.
- [ ] Court orders defendant participate in Traffic School, complete same by _____ or appear on _____ in Courtroom _____ before _____
- [ ] The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
- [ ] Defendant is notified of the right to appeal sentence.
- [✓] Other: Due to defendant's failure to appear as ordered or respond to communications, an abstract hold is placed with the DMV. This is not a suspension but may result in the DMV suspending driving privileges. To clear this matter, you may pay the ticket at www.cvb.uscourts.gov or call the court at (213) 894-4767 to place this on calendar and appear in court (virtually).

cc: AUSA

Terry Baker
Deputy Clerk

Time in Court: 2 mins

M-2 (06/13)     PROCEEDINGS SHEET ON VIOLATION NOTICE